IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS  CASE NO.: 1:18-cr-00141-LG-RHW

TARYN GOIN NAIDOO

### MOTION TO WITHDRAW

COMES NOW, MICHAEL W. CROSBY, the attorney of record in the above styled and numbered cause and submits this, his Motion to Withdraw, and in support thereof, would respectfully show unto this Honorable Court the following, to-wit:

I.

Defendant has retained Peter Barrett. Attorney Barrett's daughter will be entering her Appearance to join in with Mr. Barrett.

II.

WHEREFORE, PREMISES CONSIDERED, **MICHAEL W. CROSBY**, prays that this Honorable Court will authorize him to withdraw as the attorney of record in the above styled and numbered cause for the reasons stated above.

Respectfully submitted on this the 16th day of September, 2019.

TARYN GOIN NAIDOO

BY: /s/ Michael W. Crosby
MICHAEL W. CROSBY

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Withdraw upon the U.S. Attorney's Office, by electronically filing a copy with the Clerk of the Court using the CM/ECF system on this the 16th day of September, 2019.

/s/ Michael W. Crosby
MICHAEL W. CROSBY

MICHAEL W. CROSBY (MSB# 7888)
2111 25TH AVENUE
GULFPORT, MS  39501
TEL: 228-865-0313
FAX: 228-865-0337
michaelwcrosby@bellsouth.net