UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| | § | FIRST SUPERSEDING INDICTMENT |
| v. | § | CRIMINAL NO.: 1:18-CR-141LG-RHW |
| | § | |
| TARYN GOIN NAIDOO | § | |
| | § | |
| | § | |

## GOVERNMENT'S EXHIBIT LIST

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-1 | Boutte Body Camera Video | Boutte | 1/6/2020 | |
| G-1a | Excerpt of Body Camera Video Outlining Initial Response | Boutte | 1/6/2020 | |
| G-1b | Screenshot of Wife Holding SD Card in Plastic Baggie | Boutte | | 1/6/2020 |
| G-1c | Excerpt of Body Camera Video Showing Safe | Boutte | 1/6/2020 | |
| G-1d | Excerpt from Body Camera Video Showing Search and Seizure of Items | Boutte | 1/6/2020 | |
| G-1e | Photograph of Home Safe | Gambino | 1/6/2020 | 1/7/2020 |
| G-2 | Photographs of Seized Items (5 pages) | Stipulated | | 1/6/2020 |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-2a | Photograph of Two SD Cards in Plastic Ziploc Bag | Stipulated | | 1/6/2020 |
| G-2b | Photograph of a SD Card in Plastic Case | Stipulated | | 1/6/2020 |
| G-2c | Photograph of Asus Notepad | Stipulated | | 1/6/2020 |
| G-2d | Photograph of Asus Laptop | Stipulated | | 1/6/2020 |
| G-2e | Photograph of HP Envy Laptop | Stipulated | | 1/6/2020 |
| G-3 | Chain of Custody Form for Items Seized by HCSO (4 pages) | Stipulated | | 1/6/2020 |
| G-3a | HSI Chain of Custody for Items Seized in July 2017 (4 pages) | Stipulated | | 1/6/2020 |
| G-4 | MAC address lookup photo For Dell (3 pages) | McCarter | 1/6/2020 | 1/8/2020 |
| G-5 | HSI Chain of Custody for Items Seized in October (6 pages) | Stipulated | | 1/6/2020 |
| G-6 | HSI Search Video | Evans | 1/6/2020 | 1/7/2020 |
| G-7 | Photographs of Samsung Galaxy Note 9 Cellular Phone | Stipulated | | 1/6/2020 |
| G-7a | Photo - 3 Western Digital My Passport External Hard Drive | Evans | 1/6/2020 | 1/7/2020 |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-7b | Photograph of Toshiba External Hard Drive | Evans | 1/6/2020 | 1/7/2020 |
| G-7c | Photograph of Silver Sharpie Marked Hat | Evans | 1/6/2020 | 1/7/2020 |
| G-7d | Photograph of Silver Sharpie Marked Chair | Evans | 1/6/2020 | 1/7/2020 |
| G-8 | Asus Computer | Gambino | 1/6/2020 | 1/7/2020 |
| G-8a | Photographs regarding laptop | McCarter | 1/7/2020 | 1/7/2020 |
| G-9 | Spreadsheet Containing User Names | McCarter | 1/6/2020 | 1/7/2020 |
| G-10 | ASUS Laptop .Lnk Files | McCarter | 1/6/2020 | 1/7/2020 |
| G-11 | ASUS Computer Shellbags | McCarter | 1/6/2020 | 1/7/2020 |
| G-12 | Spreadsheet of USB Devices Associated with ASUS Laptop (2 pages) | McCarter | 1/6/2020 | 1/7/2020 |
| G-12a | Excerpt of Spreadsheet of USB Devices Associated with ASUS Laptop | McCarter | 1/6/2020 | 1/7/2020 |
| G-13 | Photo of ASUS Computer MAC Address | McCarter | 1/6/2020 | 1/7/2020 |
| G-14 | Photo of MAC Address for Adult Pornography found on ASUS Computer | McCarter | 1/6/2020 | 1/7/2020 |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-15 | ASUS Laptop Purchase Receipt | McCarter | 1/6/2020 | 1/7/2020 |
| G-16 | Photo of Dragon Con Pocket Program | McCarter | 1/6/2020 | 1/8/2020 |
| G-17 | Photo of Defendant Phone Number and Email Address | McCarter | 1/6/2020 | 1/8/2020 |
| G-18 | Photo of Defendant Check | McCarter | 1/6/2020 | 1/8/2020 |
| G-19 | Photo of ASUS Laptop Serial Number | McCarter | 1/6/2020 | 1/7/2020 |
| G-20 | HP Laptop | Gambino | 1/6/2020 | 1/7/2020 |
| G-20a | Photographs HP Laptop (5 pictures) | McCarter |  | 1/8/2020 |
| G-21 | HP User Names | McCarter | 1/6/2020 | 1/8/2020 |
| G-22 | EnCase Screenshot Showing Account Creation Date | McCarter | 1/6/2020 | 1/8/2020 |
| G-23 | CD Containing 46 images | McCarter |  | 1/8/2020 |
| G-23a | Photographs | McCarter |  | 1/8/2020 |
| G-24 | .Lnk Files Associated with 16 GB SD Card on HP Computer | McCarter | 1/6/2020 | 1/8/2020 |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-25 | .Lnk Files Associated with 64 GB SD Card on HP Computer (3 pages) | McCarter | 1/6/2020 | 1/8/2020 |
| G-26 | HP Computer MAC Address | McCarter | 1/6/2020 | 1/8/2020 |
| G-27 | HP Parts Receipt (2 pages) | McCarter | 1/6/2020 | 1/8/2020 |
| G-28 | Picture of Naidoo Cellphone | Stipulated | | 1/6/2020 |
| G-29 | Video of Defendant and Women Engaged in Sex | | 1/8/2020 | |
| G-29a | Screenshot of Woman Placing Money in her Shirt | | 1/8/2020 | |
| G-30 | July 10 2017 Text Messages between Defendant and Brasher | | 1/6/2020 | |
| G-31 | July 12 2017 Text Messages between Defendant and Brasher | | 1/6/2020 | |
| G-32 | July 14 2017 Text Messages between Defendant and Brasher | | 1/6/2020 | |
| G-33 | July 14, 2017 Text Messages between Defendant and Brasher #2 | | 1/6/2020 | |
| G-34 | Photo of SD Cards Sent in Text 20170710_014556_149669157128.jpg | Brasher | 1/6/2020 | 1/7/2020 |
| G-35 | Video titled 20170721_024015.mp4 | McCarter | 1/8/2020 | 1/8/2020 |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-35a | Closeup of Video titled 20170721_024015.mp4 | McCarter | 1/6/2020 | 1/8/2020 |
| G-36 | 16 GB SD Card | Gambino | | 1/7/2020 |
| G-36a | Photos of 16 GB SD Card | McCarter | | 1/8/2020 |
| G-37 | Photo of 16 GB SD Card Folder Directory | | 1/6/2020 | |
| G-37a | Close-up Photo of 16 GB SD Card Folder Directory | | 1/6/2020 | |
| G-38 | Photo of 16GB SD Card Show-Stars –Ariana & Lee Folder | McCarter | 1/6/2020 | 1/8/2020 |
| G-39 | Photo of 16GB SD Card Show-Stars –Ariana (TL-Set 03 04 TL Video 01) Folder | McCarter | 1/6/2020 | 1/8/2020 |
| G-39a | Close-up Photo of 16GB SD Card Show-Stars – Ariana (TL-Set 03 04 TL Video 01) Folder | | 1/6/2020 | |
| G-40 | Image 25072003-1123 | McCarter | 1/8/2020 | 1/8/2020 |
| G-41 | Image Titled 25072003-1123 Properties (2 pages) | McCarter | 1/6/2020 | 1/8/2020 |
| G-42 | Image Titled 25072003-1123 Access Date | McCarter | 1/8/2020 | 1/8/2020 |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-43 | Close-up Photo of 16GB SD Card Show-Stars – Ariana (TL-Set 03 04 TL Video 01) Folder | | 1/6/2020 | |
| G-44 | Image 25072003-1133 | McCarter | 1/8/2020 | 1/8/2020 |
| G-45 | Image Titled 25072003-1133 Properties (2 pages) | McCarter | 1/6/2020 | 1/8/2020 |
| G-46 | Image Titled 25072003-1133 Access Date | McCarter | 1/8/2020 | 1/8/2020 |
| G-47 | LNK File w/MAC Addresses for Showstars | McCarter | 1/6/2020 | 1/8/2020 |
| G-48 | Nelia(1).avi Video | McCarter | 1/8/2020 | 1/8/2020 |
| G-48a | Excerpt from Nelia(1).avi Video | McCarter | 1/8/2020 | 1/8/2020 |
| G-48b | Storyboard of Nelia(1).avi Video | McCarter | 1/8/2020 | 1/8/2020 |
| G-49 | YY349b.wmv Video | McCarter | 1/8/2020 | 1/8/2020 |
| G-49a | Excerpt from YY349b.wmv Video | McCarter | 1/8/2020 | 1/8/2020 |
| G-49b | Storyboard for YY349b.wmv Video | McCarter | 1/8/2020 | 1/8/2020 |
| G-50 | (pthcs pedo) 2007 Tara 8YO Likes to Masturbate Video | McCarter | 1/8/2020 | 1/8/2020 |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-50a | Excerpt from (pthcs pedo) 2007 Tara 8YO Likes to Masturbate Video | McCarter | 1/8/2020 | 1/8/2020 |
| G-50b | Storyboard for (pthcs pedo) 2007 Tara 8YO Likes to Masturbate Video | McCarter | 1/8/2020 | 1/8/2020 |
| G-51 | Sample of Photos from Grace 05 Folder | McCarter | 1/8/2020 | 1/8/2020 |
| G-52 | Photographs of 64 GB SD Card | Gambino | | 1/7/2020 |
| G-52a | Evidence Bag of 64 GB SD Card | Gambino | | 1/7/2020 |
| G-52b | 64 GB SD Card (Device) | Gambino | | 1/7/2020 |
| G-53 | 64 GB SD Card Folder List | McCarter | 1/6/2020 | 1/8/2020 |
| G-54 | 64 GB SD Card "New Folder (2)" File List | McCarter | 1/8/2020 | 1/8/2020 |
| G-55 | 64 GB SD Card "Arina Dr 41-60" File List | McCarter | 1/6/2020 | 1/8/2020 |
| G-56 | 64 GB SD Card "001 New Folder" File List | McCarter | 1/8/2020 | 1/8/2020 |
| G-57 | 64 GB SD Card Showing Number of Images | McCarter | 1/6/2020 | 1/8/2020 |
| G-58 | 64 GB SD Card Showing Number of Videos | McCarter | 1/6/2020 | 1/8/2020 |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-59 | CD Containing Sample of Images from Cooldaddy Folder | McCarter | 1/8/2020 | 1/8/2020 |
| G-60 | Image DSC 1178 | | 1/8/2020 | |
| G-61 | 2011 Folder from 64 GB SD Card | | 1/8/2020 | |
| G-62 | New Folder (2) from 64 GB SD Card | McCarter | 1/8/2020 | 1/8/2020 |
| G-63 | Lol Piks Folder | McCarter | 1/8/2020 | 1/8/2020 |
| G-64 | Video Titled bdsm2.mp4 | McCarter | 1/8/2020 | 1/8/2020 |
| G-64a | Excerpt from Video Titled bdsm2.mp4 | McCarter | 1/8/2020 | 1/8/2020 |
| G-64b | Storyboard from Video Titled bdsm2.mp4 | McCarter | 1/8/2020 | 1/8/2020 |
| G-65 | Photo of TPH140609 Folder | | 1/6/2020 | |
| G-65a | Pedophile Handbook Web Cover Page | | 1/6/2020 | |
| G-65b | Pedophile Handbook Chapter List | | 1/6/2020 | |
| G-65c | Pedophile Handbook Security | | 1/6/2020 | |

| | | | | |
|---|---|---|---|---|
| G-65d | Navigate to Evidence | | 1/6/2020 | |
| G-65e | Evidence | | 1/6/2020 | |
| G-65f | Navigate Page Computer | | 1/6/2020 | |
| G-65g | Computer Excerpt | | 1/6/2020 | |
| G-66 | Cum Mouth Video | | 1/8/2020 | |
| G-66a | Excerpt from cum in mouth video | | 1/8/2020 | |
| G-66b | Storyboard for cum in mouth video | | 1/8/2020 | |
| G-67 | Western Digital Hard Drive | Evans | | 1/7/2020 |
| G-67a | Photographs of Western Digital Hard Drive | McCarter | | 1/8/2020 |
| G-68 | Western Digital Hard Drive Folder List | McCarter | 1/6/2020 | 1/8/2020 |
| G-69 | Sample of Images from Folder 666 found in Western Digital Hard Drive | McCarter | 1/8/2020 | 1/8/2020 |
| G-70 | Sample of Images from Comic Art New Folder New Folder (2) Found in the Western Digital Hard Drive | McCarter | 1/8/2020 | 1/8/2020 |
| G-71 | Sample from Folder Titled Pictures Containing Images Associated with the Defendant found on Western Digital Hard Drive | McCarter | 1/6/2020 | 1/8/2020 |
| G-72 | Image of Defendant with Battlestar Galactica Actors found in Folder Titled Pictures titled 0653.jpg | McCarter | 1/6/2020 | 1/8/2020 |
| G-73 | Image of Mastercard for Dr. Taryn found on Western Digital Hard Drive | McCarter | 1/6/2020 | 1/8/2020 |
| G-74 | Image of Defendant's Tattoo of his dogs on his back found on Western Digital Hard Drive | Brasher | 1/6/2020 | 1/7/2020 |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-75 | Image of Hard Rock rewards Card for Dr. Taryn found on Western Digital Hard | McCarter | 1/6/2020 | 1/8/2020 |
| G-76 | Image of House with Mustang | McCarter | 1/6/2020 | 1/8/2020 |
| G-77 | Image of Defendant and Dog | McCarter | 1/6/2020 | 1/8/2020 |
| G-78 | Shamrock Tax License | McCarter | 1/6/2020 | 1/8/2020 |
| G-79 | ASUS Tablet | Gambino | | 1/7/2020 |
| G-79a | Photographs (5) of ASUS Tablet | McCarter | | 1/8/2020 |
| G-80 | Firefox Bookmarks from ASUS Tablet | McCarter | 1/6/2020 | 1/8/2020 |
| G-80a | August 2013 Bookmark for Kristen Archives on ASUS Tablet | McCarter | 1/6/2020 | 1/8/2020 |
| G-81 | Firefox History for ASUS Tablet | McCarter | 1/6/2020 | 1/8/2020 |
| G-81a | Excerpt from Firefox History for July 10, 2014 | McCarter | 1/6/2020 | 1/8/2020 |
| G-81b | Firefox History Showing Access to Kristen Archives Stories | McCarter | 1/6/2020 | 1/8/2020 |
| G-82 | CD of Folder Containing Kristen Archive Stories | McCarter | 1/8/2020 | |
| G-82a | Sample Story from Kristen Archives | McCarter | 1/6/2020 | 1/8/2020 |
| G-82b | Sample Story from Kristen Archives | McCarter | 1/6/2020 | 1/8/2020 |
| G-83 | Shamrockmed and Dr. Taryn email found on ASUS Tablet | McCarter | 1/6/2020 | 1/8/2020 |
| G-84 | Screenshot from Firefox History Showing Dragoncon | | 1/6/2020 | |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-85 | Toshiba External Hard Drive | Evans | | 1/7/2020 |
| G-85a | Photographs (2) of Toshiba External Hard Drive | McCarter | | 1/8/2020 |
| G-86 | Photo of Volume Id "Whysoserious" | McCarter | 1/6/2020 | 1/8/2020 |
| G-87 | Toshiba External Hard Drive Folder List (2 pages) | McCarter | 1/6/2020 | 1/8/2020 |
| G-88 | Encase Folder List | McCarter | 1/6/2020 | 1/8/2020 |
| G-89 | Folder Titled Show-stars Ariana & Lee | McCarter | 1/6/2020 | 1/8/2020 |
| G-90 | Folder Titled Show-Stars- Arina (TL Set 03,04 + TL-Video 01) | McCarter | 1/6/2020 | 1/8/2020 |
| G-91 | Folder Titled Grace 05 Folder | McCarter | 1/8/2020 | 1/8/2020 |
| G-92 | Sample of Photos from Grace 05 of Folder | McCarter | 1/8/2020 | 1/8/2020 |
| G-93 | Folder Titled Grace 01 Folder | McCarter | 1/8/2020 | 1/8/2020 |
| G-94 | Sample of Photos from Grace 01 of Folder | McCarter | 1/8/2020 | 1/8/2020 |
| G-95 | Recording of H naked and crying | | 1/8/2020 | |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-96 | Video of Defendant having Items signed in silver pen | McCarter | 1/6/2020 | 1/8/2020 |
| G-96a | Screenshot of Defendant having Items signed in silver pen | McCarter | 1/6/2020 | 1/8/2020 |
| G-97 | Screenshot of Debut Software on ASUS Computer | McCarter | 1/6/2020 | 1/8/2020 |
| G-98 | Location of Debut Software | McCarter | 1/6/2020 | 1/8/2020 |
| G-99 | File 1186 Location in Recycle Bin | McCarter | 1/6/2020 | 1/8/2020 |
| G-100 | Debut Log Records for Recordings on ASUS Computer | McCarter | 1/6/2020 | 1/8/2020 |
| G-101 | Excerpt of Log Records for Recording on ASUS Computer for File 1186 | | 1/6/2020 | |
| G-102 | Video Untitled 1186.avi | | 1/8/2020 | |
| G-102a | Excerpt of Video 1186 | | 1/8/2020 | |
| G-102b | Screenshots from Video 1186 | McCarter | 1/6/2020 | 1/8/2020 |
| G-103 | OS System Information from 256 on ASUS Computer | McCarter | 1/6/2020 | 1/7/2020 |
| G-104 | S&M Survey | | 1/6/2020 | |

| New Number | Description of Exhibits | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| G-105 | Red MyPassport Folder List | McCarter | 1/6/2020 | 1/8/2020 |
| G-106 | Red MyPassport | Evans | | 1/7/2020 |
| G-107 | Excerts from Windows Defender Log | McCarter | 1/8/2020 | 1/8/2020 |
| G-108 | File Structure of 16 gb SD Card | McCarter | 1/8/2020 | 1/8/2020 |
| G-109 | List of Files in Recycle Bin of ASUA Laptop Computer | McCarter | 1/8/2020 | 1/8/2020 |